ORDER
This matter is before the court on appellee’s Petition For Panel Or En Banc Rehearing. We also have a supplement and a response from the appellant. In addition, we have an amicus curiae brief from multiple states. The request for panel rehearing failed to gather sufficient votes from the panel; that request is denied.
That portion of the Petition seeking rehearing en banc was circulated to all the judges of the court who are in regular active service. A poll was called and a majority voted to deny en banc reconsideration. The en banc request is likewise denied.
Judge Kelly concurs in the denial of en banc rehearing and writes separately. Chief Judge Henry and Judge Holmes join in that concurrence. Judge Gorsuch has filed a dissent to the denial of en banc rehearing. His dissent is joined by Judges Tacha, O’Brien and Tymkovich.